UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>$15,600.00 in U.S. CURRENCY,<br><br>                                  Defendant. | Case No.: 18-CV-637 JLS (BGS)<br><br>**ORDER GRANTING EX PARTE MOTION**<br><br>(ECF No. 2) |

Presently before the Court is Plaintiff the United States of America's Ex Parte Motion to Appoint the United States Marshal as Custodian and to Deposit Defendant Currency in Seized Assets Deposit Accounts and to Substitute the Res, ("MTN," ECF No. 2). Plaintiff requests an exception to General Order 273 which relieves the United States Marshal from his duties of seizing and storing property. (*Id.* at 1; *see* S.D. Cal. General Order 273 (outlining general guidelines "In the Matter of Appointing Substitute Custodian for Seized Property", http://sp.casd.circ9.dcn/General%20Orders/GO_273.pdf).) Plaintiff states the United States Marshals Service has consented to assume responsibility for the protection of the defendant currency and has established the Seized Assets Deposit Account for the deposit of seized currency until further order of the Court. (MTN 1.)

Good cause appearing, the Court **GRANTS** Plaintiff's Motion and:

(1) **ORDERS** that the United States Marshal **SHALL** be custodian of the defendant currency on behalf of this Court until further Order; and

(2) **ORDERS** that the United States Marshal **SHALL** deposit the defendant currency in the Seized Assets Deposit Account which shall be substituted as the res in this action. *See United States v. $57,480.05 U.S. Currency & Other Coins*, 722 F.2d 1457, 1459 (9th Cir. 1984) (tacitly approving account-for-currency res substitution).

**IT IS SO ORDERED.**

Dated: April 2, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

2

18-CV-637 JLS (BGS)